### GODFREY v. STATE.
### No. 26563.

Court of Criminal Appeals of Texas.

Nov. 4, 1953.

716

---

No attorney on appeal.

Wesley Dice, State's Atty., Austin, for the State.

BELCHER, Commissioner.

Appellant was convicted for the offense of adultery, and upon a plea of guilty before the court without a jury, her punishment was assessed by the court at a fine of $250.

The complaint and information, as well as all matters of procedure, appear regular. The record is before us without a statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the Court.